USDC IN/ND case 2:20-cv-00156-JTM-JEM document 4 filed 03/18/20 page 1 of 11

Filed: 3/18/2020 5:01 PM
Clerk
Lake County, Indiana

45D02-2003-CT-000311
Lake Superior Court, Civil Division 2

| STATE OF INDIANA | ) | IN THE LAKE SUPERIOR/CIRCUIT COURT |
| --- | --- | --- |
|  | ) SS: | 3711 Main St., East Chicago, IN 46312 |
| COUNTY OF LAKE | ) | SITTING AT _____, INDIANA |

| SUSAN PEDROZA and | ) | |
| --- | --- | --- |
| CECILIO PEDROZA | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| vs. | ) | CAUSE NO.: |
|  | ) | |
| WAL-MART STORES EAST, LP | ) | |
|  | ) | |
| Defendant. | ) | |

## COMPLAINT FOR PERSONAL INJURIES

*COME NOW* the Plaintiffs, SUSAN PEDROZA (hereinafter referred to as "PEDROZA") and CECILIO PEDROZA, by and through their counsel, Theodoros & Rooth, P.C., and for their cause of action against the Defendant, WAL-MART STORES EAST, LP (hereinafter referred to as "WAL-MART"), allege and state as follows:

1. At all times hereinafter mentioned, PEDROZA was a resident of Lake County, State of Indiana.

2. Upon information and belief, at all times relevant herein, Defendant, WAL-MART, was a corporation incorporated and authorized to do business in the State of Indiana.

3. Upon information and belief, at all times relevant herein, Defendant, WAL-MART, owned and/or operated a building and surrounding property located at 2936 E. 79th Avenue, Merrillville, IN 46410.

4. That on or about May 3, 2018, Plaintiff, PEDROZA, was lawfully on the premises owned, operated and/or controlled by the Defendant, WAL-MART.

5. That as a direct and proximate result of WAL-MART'S negligence, Plaintiff, PEDROZA, was injured when she slipped and fell on the said premises.

6. It was the duty of **WAL-MART** to use ordinary care and diligence to keep and maintain the premises in a condition reasonably safe for its intended uses and free from all defects and conditions which would render the same unsafe for the Plaintiff, **PEDROZA**.

7. It was the duty of **WAL-MART** to exercise reasonable care to protect the Plaintiff, **PEDROZA**, by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonably foreseeable use of said premises.

8. It was the duty of **WAL-MART** to have available sufficient personnel and equipment to properly inspect and maintain the aforesaid premises in a condition reasonably safe for the Plaintiff, **PEDROZA**, and free from defects and conditions.

9. It was the duty of **WAL-MART** to warn the Plaintiff, **PEDROZA**, of any dangerous and unsafe conditions existing on said premises.

10. **WAL-MART** knew or should have known of the unreasonable risk of danger to the Plaintiff, **PEDROZA**, but either failed to discover it or to correct it after discovery.

11. As a direct and proximate result of the negligence of **WAL-MART**, **PEDROZA** has suffered severe and permanent injuries, has endured and will continue to endure great pain and suffering, emotional distress, and mental trauma, lost wages, and has incurred and will continue to incur reasonable medical and related expenses.

12. At all times relevant herein, **CECILIO PEDROZA** was lawfully married to **PEDROZA**, and as a result of said negligent acts and omissions by **WAL-MART**, he has sustained loss of consortium and will continue to sustain loss of consortium in the future.

*WHEREFORE*, the plaintiffs pray for judgment against the defendant, **WAL-MART STORES EAST, LP,** in an amount sufficient to compensate them for their damages, costs, interests and for all other just and proper relief in the premises.

Respectfully submitted,

/s/ *Kelly A. Sheets*

KELLY A. SHEETS, #26628-64-A
WILLIAM A. THEODOROS, #32173-49
PERRY THEODOROS, #2057-45
Attorneys for Plaintiffs

THEODOROS & ROOTH, P.C.
8750 Broadway, Suite A
Merrillville, IN 46410
(219) 769-6393 phone
(219) 755-4368 fax
Email: kelly@trinjurylaw.com

## JURY DEMAND

Come now the plaintiffs, by counsel, and demand trial by jury on all counts herein.

/s/ *Kelly A. Sheets*

KELLY A. SHEETS, #26628-64-A
WILLIAM A. THEODOROS, #32173-49
PERRY THEODOROS, #2057-45
Attorneys for Plaintiffs

THEODOROS & ROOTH, P.C.
8750 Broadway, Suite A
Merrillville, IN 46410
(219) 769-6393 phone
(219) 755-4368 fax
Email: kelly@trinjurylaw.com

**EXHIBIT B**

Arkansas Secretary of State

# Search Incorporations, Cooperatives, Banks and Insurance Companies

Printer Friendly Version

LLC Member information is now confidential per Act 865 of 2007

Use your browser's back button to return to the Search Results

Begin New Search

For service of process contact the Secretary of State's office.

| | |
|---|---|
| Corporation Name | WAL-MART STORES EAST, LP |
| Fictitious Names | WAL-MART PMDC<br>WALMART PHARMACY WAREHOUSE 10-6045 |
| Filing # | 100205953 |
| Filing Type | Foreign Limited Partnership |
| Filed under Act | Foreign LP: 657 of 1979 |
| Status | Good Standing |
| Principal Address | 702 SW 8TH ST<br>BENTONVILLE, AR 72716 |
| Reg. Agent | THE CORPORATION COMPANY |
| Agent Address | 124 WEST CAPITOL AVENUE<br>SUITE 1900<br>LITTLE ROCK, AR 72201 |
| Date Filed | 11/16/2001 |
| Officers | SEE FILE, Incorporator/Organizer<br>ANTHONY WALKER, General Partners |
| Foreign Name | N/A |
| Foreign Address | 702 SW 8TH ST<br>BENTONVILLE, AR 72716 |

2/26/2018



2/26/2018

Arkansas Secretary of State

State of Origin

DE

**Pay Franchise Tax for this corporation**

**Purchase a Certificate of Good Standing for this Entity**

https://www.sos.arkansas.gov/corps/search_corps.php?DETAIL=206853&corp_type_id=&corp_name=wal-mart+stores+east%2C+lp&agent_search=&agent_city=&agent_state=&filing_number=&cmd=

**CT Corporation**

**Service of Process Transmittal**
03/23/2020
CT Log Number 537437105

| | |
|---|---|
| **TO:** | KIM LUNDY SERVICE OF PROCESS<br>WALMART INC.<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-6209 |
| **RE:** | **Process Served in Indiana** |
| **FOR:** | Wal-Mart Stores East, LP  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Pedroza Susan and Cecilio Pedroza, Pltfs. vs. Wal-Mart Stores East, LP, Dft. |
| **DOCUMENT(S) SERVED:** | * |
| **COURT/AGENCY:** | *, IN<br>Case # 45D022003CT000311 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - * |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Indianapolis, IN |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 03/23/2020 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Indiana |
| **APPEARANCE OR ANSWER DUE:** | * |
| **ATTORNEY(S) / SENDER(S):** | *<br>*<br>*, IN * |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/25/2020, Expected Purge Date: 03/30/2020<br><br>Image SOP<br><br>Email Notification,  KIM LUNDY SERVICE OF PROCESS  ctlawsuits@walmartlegal.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Page 1 of  1 / JR

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Exhibit C

| STATE OF INDIANA | ) | IN THE LAKE COUNTY COURT |
|---|---|---|
| | ) | |
| COUNTY OF LAKE | ) | SITTING AT EAST CHICAGO, INDIANA |

SUSAN PEDROZA and CECILIO PEDROZA,   )
            )
        Plaintiff,     )
            )
        *v.*       )   Cause No. 45D02-2003-CT-000311
            )
WAL-MART STORES EAST, LP     )
            )
            )
        Defendant.     )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification: Initiating** \_\_\_\_\_  **Responding** __X__  **Intervening** _____

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following member(s):

### WAL-MART STORES EAST, LP

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

    James P. Balog, Esq.                Atty. No. #28851-45
    O'Hagan Meyer, LLC               Phone: (312) 422-6100
    One East Wacker Drive, Suite 3400    Fax: (312) 422-6110
    Chicago, Illinois 60601               E-mail: jbalog@ohaganmeyer.com

3. There are other party members: Yes \_\_\_   No _X_ (If yes, list on continuation page.)

4. **If first initiating party filing this case,** the Clerk if requested to assign this case the following Case Type under Administrative Rule 8(b)(3):

5. I will accept service by FAX at the above noted number:
Yes __X__   No. _____

6. This case involves support issues. Yes \_\_\_\_   No __X__
(If yes, supply social security numbers for all family members on continuation page.)

7. There are related cases:  Yes _____   No __X__  (If yes, list on continuation page)

Exhibit D

8. This form has been served on all other parties. Certificate of Service is attached:

   Yes __X__      No _____

9. Additional information required by local rule: ___None___

s/ James P. Balog  
James P. Balog  
Attorney-at-Law  
Attorney information shown above

**SERVICE LIST**
Kelly L. Sheets, #26628-64-A
Theodoros & Rooth, P.C.
8750 Broadway, Suite A
Merrillville, IN 46410

| STATE OF INDIANA | ) | IN THE LAKE COUNTY COURT |
|---|---|---|
| COUNTY OF LAKE | )<br>) | SITTING AT EAST CHICAGO, INDIANA |

SUSAN PEDROZA and CECILIO PEDROZA, )
)
    Plaintiff, )
)
      v. )   Cause No. 45D02-2003-CT-000311
)
WAL-MART STORES EAST, LP )
)
)
    Defendant. )

# JURY DEMAND

Defendant, **WAL-MART STORES EAST, LP**, demands trial by jury.


O'HAGAN MEYER, LLC


By: _____
One of the Attorneys for Defendant
Wal-Mart Stores East, LP

James P. Balog, #28851-45
O'Hagan Meyer, LLC
One East Wacker Drive, Suite 3400
Chicago, Illinois 60601
Telephone: 312-422-6100
jbalog@ohaganmeyer.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SUSAN PEDROZA and CECILIO PEDROZA | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Cause No. |
| | ) |
| WAL-MART STORES EAST, LP | ) |
| | ) |
| Defendant. | ) |

### DECLARATION OF BRIAN M. MARTINEZ

1. I am over 18 years of age, and I am competent to testify to the matters herein.

2. I represent the Defendant, WAL-MART STORES EAST, LP.

3. I did not become aware that this case was removable until I reviewed the claim file on April 3, 2020, at which time I learned Plaintiffs are seeking to recover in excess of $75,000.00 for their injuries and damages.

4. This declaration is based on my personal knowledge and experience as a defense attorney on behalf of Wal-Mart.

5. If sworn as a witness, I can and will testify competently to the facts and opinions stated herein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: April 15, 2020            /s/ Brian M. Martinez
                                                 Brian M. Martinez, Attorney for Defendant Wal-Mart Stores East, LP

## CERTIFICATION

The undersigned, under penalties as provided by law pursuant to 28 U.S. Code § 1746 certifies that the statements set forth in the foregoing Declaration are true and correct, except as to matters therein stated to be on information and believe and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Dated this 15th day of April 2020

/s/ Brian M. Martinez
Brian M. Martinez, Attorney for Defendant
Wal-Mart Stores East, LP